# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CORDARELL LOCKETT**
**ADC #141945**                                                            **PLAINTIFF**

v.                                  **No. 1:15-cv-63-DPM**

**JASON BAKER, Corporal, Grimes Unit**                         **DEFENDANT**

## ORDER

Unopposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Baker's motion for summary judgment, № 16, is granted. Lockett's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17  March 2016_