IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CORDARELL LOCKETT
ADC #141945                                                                          PLAINTIFF

v.                                    No. 1:15-cv-63-DPM

JASON BAKER, Corporal, Grimes Unit                                    DEFENDANT

JUDGMENT

Lockett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2016